IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA



JAN 2 8 2008

STEPHEN MICHAEL PAGE,

**Plaintiff,**

v.   CIVIL ACTION NO. 3:07-CV-126

UNITED STATES OF AMERICA,

**Defendant.**

## ORDER

On this day came the Defendant and moved the Court for an enlargement of time within which the determination must be made whether or not to file a reply to Plaintiff's response and, as well, the time within which Defendant may file said reply, should the decision be made to do so, up to and including February 4, 2008, and it appearing to the Court that good cause exists for said Motion, it is hereby

ORDERED that the time within which the Defendant may reply to Plaintiff's response be extended and enlarged up to and including February 4, 2008.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: January 28, 2008

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE